474 A.2d 696

Miller v. Miller, Appellant.

Submitted December 8, 1983. Timothy Allen Shollenberger, for appellant; W. Williams, for appellee.

Before CAVANAUGH, BROSKY and POPOVICH, JJ.

Order at No. 1157 affirmed.

Order at No. 1266 affirmed.